1  CHARLES F. ROBINSON #113197
   charles.robinson@ucop.edu
2  ERIC K. BEHRENS #79440
   eric.behrens@ucop.edu
3  University of California
   Office of the General Counsel
4  1111 Franklin Street, 8th Floor
   Oakland, CA 94607-5200
5  Telephone:   510-987-9800
   Facsimile:    510-987-9757
6
   L. AMY BLUM #138386
7  ablum@conet.ucla.edu
   KEVIN S. REED #147685
8  kreed@conet.ucla.edu
   University of California, Los Angeles
9  Office of The Chancellor
   3149 Murphy Hall
10 P O Box 951405
   Los Angeles, CA 90095-1405
11 Telephone:   310-825-2284
   Facsimile:    310-206-2390
12

13 Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF
14 CALIFORNIA and DR. GENE BLOCK,
   CHANCELLOR OF THE UNIVERSITY OF
15 CALIFORNIA, LOS ANGELES

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  ASSOCIATION FOR INFORMATION MEDIA AND EQUIPMENT, an Illinois 20  nonprofit membership organization; and AMBROSE VIDEO PUBLISHING, INC., 21  a New York Corporation, <br><br> 22                       Plaintiffs, <br><br> 23         v. <br><br> 24  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California 25  Corporation; DR. GENE BLOCK, CHANCELLOR OF THE UNIVERSITY 26  OF CALIFORNIA, LOS ANGELES, an individual, <br> 27 <br>                       Defendants. <br> 28 | Case No.  CV 10-09378 CBM (MANx) <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) <br><br> Complaint Served: December 9, 2010 <br> Current Response Date: December 30, 2010 <br> New Response Date: January 24, 2011 <br><br> **EXEMPT FROM FILING FEES** <br> **(CAL. GOV. CODE §6103)** |

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND

Plaintiffs Association for Information Media and Equipment and Ambrose Video Publishing, Inc. (collectively hereafter "Plaintiffs") and Defendants The Regents of the University of California and Chancellor Gene Block (collectively hereafter "Defendants"), by and through their respective counsel, do hereby agree and stipulate as follows:

1. On December 9, 2010, Plaintiffs hand-delivered the Summons and Complaint in this matter to an administrative employee in the Office of the President in Oakland California.

2. The Office of the General Counsel first received notice of the service of the Summons and Complaint on December 13, 2010.

3. Due to the current California state budget crisis, the University's Office of the President, Office of the General Counsel and the campus of the University of California, Los Angeles, shut down all operations from December 17, 2010 through January 2, 2011.

4. Defendants' responsive pleading is due 21 days after personal service, which would require filing a responsive pleading on December 30, 2010, during the closure of the University. Defendants do not have the time or ability to retain litigation counsel or prepare a responsive pleading before the University closure on December 17, 2010.

5. In light of the University closure, the parties hereby stipulate and agree that Defendants time to file a responsive pleading shall be extended to January 24, 2011.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

6. This extension is less than thirty (30) days from the original response date and thus approval of the court is not required. This is the first such extension.

Dated: December 17, 2010

CHARLES F. ROBINSON
ERIC K. BEHRENS
L. AMY BLUM

By: *(signature)*
L. Amy Blum

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and DR. GENE BLOCK, CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, LOS ANGELES


ARNOLD P. LUTZKER
JEANNETTE M. CARMADELLA
Lutzker & Lutzker LLP

JAMES M. MULCAHY
KEVIN A. ADAMS
Mulcahy LLP

By: *(signature)*
Arnold P. Lutzker

Attorneys for Plaintiffs
ASSOCIATION FOR INFORMATION MEDIA AND EQUIPMENT and AMBROSE VIDEO PUBLISHING, INC.

| | | |
|---|---|---|
| Case Name: | Association of Information Media and Equipment v. The Regents, et. Al. | Case No. CV 10-09378 CBM (MANx) |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in Alameda County, California, in which county the within-mentioned transmission occurred, and not a party to the subject cause. My business address is Office of the General Counsel, 1111 Franklin Street, 8th Floor, Oakland, California 94607-5200.

On December 17, 2010, I caused to be served the following document(s): **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested party(ies) in this action by placing a true copy thereof and addressed as follows:

| | |
|---|---|
| Arnold P. Lutzker, Esq.<br>Lutzker & Lutzker LLP<br>1233 20th Street, NW, Suite 703<br>Washington, DC 20036 | James Mulcahy, Esq.<br>Mulcahy LLP<br>One Park Plaza, Suite 225<br>Irvine, CA 92614 |

☒ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is 510-987-9757. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013 (c).

☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2010, 2010 at Oakland, California.

DAMYANTI NAICKER

206973.1