```
 1  KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - #84065
 2  rvannest@kvn.com
    R. JAMES SLAUGHTER - #192813
 3  rslaughter@kvn.com
    MICHAEL S. KWUN - #198945
 4  mkwun@kvn.com
    ANDREW F. DAWSON - #264421
 5  adawson@kvn.com
    710 Sansome Street
 6  San Francisco, CA 94111-1704
    T: 415-391-5400/F: 415-397-7188
 7
    JONATHAN BAND - #122369               CHARLES F. ROBINSON - #113197
 8  jband@policybandwidth.com             charles.robinson@ucop.edu
    21 Dupont Circle NW, 8th Floor        KAREN J. PETRULAKIS - #168732
 9  Washington, DC 20036                  karen.petrulakis@ucop.edu
    T: 202-296-5675/F: 202-872-0884       ERIC K. BEHRENS - #79440
10                                        eric.behrens@ucop.edu
                                          University of California
11                                        Office of the General Counsel
                                          1111 Franklin Street, 8th Floor
12                                        Oakland, CA 94607-5200
                                          T: 510-987-9800/F: 510-987-9757
13  Attorneys for Defendants
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION FOR INFORMATION MEDIA AND EQUIPMENT, an Illinois nonprofit membership organization; and AMBROSE VIDEO PUBLISHING, INC., a New York corporation,<br><br>Plaintiffs,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation; MARK G. YUDOF, an individual; DR. GENE BLOCK, CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, LOS ANGELES, an individual; DR. SHARON FARB, an individual; LARRY LOEHER, an individual; PATRICIA O'DONNELL, an individual; and John Does 1-50,<br><br>Defendants. | Case No. 10-cv-09378 CBM (MANx)<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION REGARDING TIME TO RESPOND TO AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE<br><br>Dept: Courtroom 2<br>Judge: Hon. Consuelo B. Marshall<br><br>Date Comp. Filed: December 7, 2010<br><br>Trial Date: Not Yet Set |

Pursuant to the parties' stipulation and for good cause shown, the Court hereby by Orders that:

 1. Defendants' response to Plaintiffs' Amended Complaint will be due March 14, 2011.

 2. In the event that Defendants choose to file a motion to dismiss, Plaintiffs' opposition brief will be due April 4, 2011.

 3. Defendants' reply brief will be due April 18, 2011.

 4. The hearing on any such motion to dismiss will take place on Monday, May 2, 2011, at 11:00 A.M.

IT IS SO ORDERED.

Dated: 2/23/11

_____
CONSUELO B. MARSHALL
United States District Judge