## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV10-9378 CBM(MANx) | Date | May 2, 2011 |
| Title | Association for Information Media and Equipment, et al vs The Regents of the University of California, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | Maria Bustillos |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant |
| James M. Mulcahy<br>Arnold P. Lutzker<br>Susan Lutzker | | R. James Slaughter<br>Andrew F. Dawson |

**Proceedings:**   Motion of Gene Block, Sharon Farb, Larry Loeher, Patricia O'Donnell, The Regents of the University of California and Mark G. Yudoff to Dismiss Plaintiffs' Complaint (#27)

Case called, arguments held. Motion to Dismiss (#27) is submitted without further oral arguments.

|   | 00 | : | 50 |
|---|---|---|---|
| Initials of Preparer | | JL | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-9378 CBM(MANx) | Date | May 2, 2011 |
|---|---|---|---|
| Title | Association for Information Media and Equipment, et al vs The Regents of the University of California, et al | | |