JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION FOR INFORMATION MEDIA AND EQUIPMENT, an Illinois nonprofit membership organization; and AMBROSE VIDEO PUBLISHING, INC., a New York corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation; MARK G. YUDOF, an individual; DR. GENE BLOCK, CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, LOS ANGELES, an individual; DR. SHARON FARB, an individual; LARRY LOEHER, an individual; PATRICIA O'DONNELL, an individual; and John Does 1-50, <br><br> Defendants. | Case No. 10-cv-09378 CBM (MANx) <br><br> [~~PROPOSED~~] JUDGMENT |

Based upon the November 20, 2012 order entered by the Court [Docket No. 48], granting Defendants' Motion to Dismiss Second Amended Complaint, it is now:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs shall take nothing of Defendants, and Plaintiffs' Second Amended Complaint is dismissed with prejudice.

Dated: 1/8/2013          By: _____
                         CONSUELO B. MARSHALL
                         UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: 1/7/13                         KEKER & VAN NEST LLP

                                      By: _____
                                      R. JAMES SLAUGHTER
                                      Attorneys for Defendants

Dated: 1/7/13                         LUTZKER & LUTZKER LLP

                                      By: _____
                                      ARNOLD P. LUTZKER
                                      Attorneys for Plaintiffs